IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMITT DOUGHTON,

    Petitioner,               No. 2: 11-cv-2252 KJN P

    vs.

WARDEN McDONALD, et al.,

    Respondents.        ORDER

_____/

    Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 14, 2011, this action was administratively stayed so that petitioner could exhaust his unexhausted claims.

    On April 20, 2012, petitioner filed a notice of exhaustion. Good cause appearing, the stay is lifted.

    The original petition does not clearly raise the recently exhausted claims. For that reason, the petition is dismissed with leave to file an amended petition. The amended petition must clearly identify *all* of the claims petitioner intends to raise in the instant action. Petitioner is not required to re-file the exhibits attached to the original petition.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay is lifted and this action is reopened;

2. The petition is dismissed with thirty days to file an amended petition; and

3. The Clerk of the Court is directed to send petitioner the form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED: May 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dou2252.ord