IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMITT DOUGHTON,

    Petitioner,               No. 2: 11-cv-2252 KJN P

    vs.

WARDEN McDONALD, et al.,

    Respondents.           ORDER

_____/

    Pending before the court is respondent's motion for an extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's motion for an extension of time (Dkt. No. 16) is granted;

    2. Respondent's response to the petition is due on or before September 24, 2012.

DATED: August 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dou2252.eot

1