IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMITT DOUGHTON,

    Petitioner,               No. 2: 11-cv-2252 KJN P

    vs.

WARDEN McDONALD, et al.,

    Respondents.          <u>ORDER</u>

/

        Pending before the court is respondent's motion for an extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's motion for an extension of time (Dkt. No. 16) is granted;

        2. Respondent's response to the petition is due on or before September 24, 2012.

DATED: August 23, 2012

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

dou2252.eot